| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

UNITED STATES OF AMERICA        §
                                §
*versus*                        §   CASE NO. 1:14-CR-102(1)
                                §
SULTAN ADNAN AL-BIZRI           §

## MEMORANDUM AND ORDER

Pending before the court is Sultan Adnan Al-Bizri's ("Al-Bizri") *pro se* Motion for Permission to Travel Outside the United States (#170), wherein Al-Bizri seeks permission to travel to Lebanon from November 3, 2025, through November 17, 2025, to visit his 90-year-old father whom he has not seen for approximately 17 years. He is currently serving two concurrent, 3-year terms of supervised release stemming from convictions in the Northern District of Texas (No. 5:10CR37-1) in 2010 for possession of firearms by a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and in the Eastern District of Texas (No. 1:14CR102-1) in 2015 for attempting to obtain a prohibited object (heroin) by a federal inmate and aiding and abetting in violation of 18 U.S.C. § 1791(a)(2). Assistant United States Attorney Joe Batte ("AUSA Batte") for the Eastern District of Texas filed a response to the motion (#171) and is opposed to the proposed travel. While Al-Bizri's supervising United States Probation and Pretrial Services ("Probation") Officer in the Southern District of Texas does not oppose the motion, his supervisory Probation Officer in the Eastern District of Texas recommends denying the motion. Having considered the motion, AUSA Batte's response, the positions of the Probation Officers in the Southern and Eastern Districts of Texas, the record, and the applicable law, the court is of the opinion that Al-Bizri's motion should be denied.

I.      Background

On June 9, 2010, a federal grand jury in the Northern District of Texas, Lubbock Division, returned an indictment charging Al-Bizri with an array of firearms offenses. Along with the offense to which he pleaded guilty (possession of firearms by a convicted felon), he was also charged with possession of a stolen firearm, possession of a firearm with an obliterated serial number, and possession of an unregistered firearm. After he pleaded guilty on August 26, 2010, Al-Bizri was sentenced on November 19, 2010, in the Northern District of Texas to 120 months' imprisonment followed by a 3-year term of supervised release.

According to Al-Bizri's Presentence Investigation Report ("PSR") prepared in the case at bar, his offense of conviction in the Northern District of Texas case arose from a dispute with another individual in a parking lot over a fender-bender that occurred on January 22, 2010. After a heated exchange, Al-Bizri fired a revolver at the victim—one round struck the victim in the right side of his back and a second round grazed his stomach. Al-Bizri was identified and arrested seven days later during a traffic stop at which time he was found to be in possession of a 9mm pistol located in his waistband. In addition, a stun gun and a partially smoked "blunt" of marijuana were recovered from his vehicle. A search of his residence yielded a .22 caliber revolver with an obliterated serial number under his mattress, a 12-gauge pump-action shotgun in his bedroom, and an unregistered .410 gauge short-barreled shotgun elsewhere in the apartment. Officers also discovered a safe containing 10.44 grams of Xanax, 1.24 grams of methamphetamine, 10.56 grams of mushrooms, 211.19 grams of marijuana, ammunition, and drug paraphernalia during the search. Al-Bizri was charged by state authorities with aggravated assault

causing serious bodily injury as a result of the shooting to which he pleaded guilty and was sentenced to 14 years' imprisonment on April 21, 2011.

In the case at bar, a federal grand jury in the Eastern District of Texas, Beaumont Division, returned a ten-count indictment on October 1, 2014, charging Al-Bizri and four codefendants with a variety of offenses related to an attempt to bring in and distribute heroin in the Federal Correctional Complex in Beaumont, Texas ("FCC Beaumont"), where Al-Bizri was imprisoned for his firearms conviction. Along with the offense to which he pleaded guilty (attempt to obtain a prohibited object (heroin) by a federal inmate and aiding and abetting), he was also charged with conspiracy to distribute and possess with intent to distribute a controlled substance (heroin), distribution and possession with intent to distribute heroin, and attempt to provide contraband (heroin) to a federal inmate and procuring another to commit the crime. After pleading guilty on March 11, 2015, Al-Bizri was sentenced on June 25, 2015, to 55 months' imprisonment followed by a 3-year term of supervised release. The sentence of imprisonment was to run consecutively to any term imposed by a prior state or federal sentence.

With regard to Al-Bizri's offense of conviction in the Eastern District of Texas, officials at FCC Beaumont who were monitoring inmate telephone calls, emails, and conversations learned that Al–Bizri and other inmates were involved in bringing narcotics into the United States Penitentiary in Beaumont ("USP Beaumont"). Officials observed conversations between Al-Bizri and Codefendant Janet Tapia ("Tapia"), a civilian friend. Al-Bizri arranged for Tapia to be supplied with heroin that was intended for eventual introduction into the penitentiary through visitation. Investigation revealed that Tapia was in contact with sources of supply for heroin in south Texas and California, the latter of which provided her with instructions on how to package

3

the heroin to smuggle into the prison for Al-Bizri.  On August 6, 2012, federal authorities intercepted Tapia as she entered the visitation area of USP Beaumont.  Authorities seized two balloons containing heroin from Tapia, which she intended to deliver to Al-Bizri during visitation.  A subsequent search of her residence revealed additional quantities of heroin she intended to smuggle into the prison through visitation with Al-Bizri.  The total quantity of heroin seized was 44.01 grams.

Al-Bizri was released from prison and began two concurrent terms of supervised release on March 13, 2024, at an approved residence in the Southern District of Texas.  In September 2024, after serving less than 6 months of his term of supervised release, Al-Bizri sought permission to travel to Spain to attend his sister's wedding.  The court denied his motion on September 11, 2024.

II.  Analysis

In his current motion, Al-Bizri, age 38, asserts that following his release from prison, he successfully completed the required transitional period, including time on location monitoring and residence at a halfway house.  He has now served approximately 18 months of his 3-year term of supervised release, about half of the imposed term.  Al-Bizri claims that he has been in full compliance with all conditions of release and has incurred no violations or infractions.  Yet, he provides no information concerning his employment, his family responsibilities, or his daily activities.  Al-Bizri notes that 28 C.F.R. § 2.206(b) provides that foreign travel may be authorized upon advance approval and the showing of a "substantial need."  He contends that visiting an elderly parent after decades apart constitutes such a need.  The court finds that Al-Bizri's

circumstances do not rise to the level of substantial need and that travel to Lebanon is unwarranted at this time.

Al-Bizri's PSR reveals that he was born in Houston, Texas, in 1987, but at 2 years of age, his family relocated to Saida, Lebanon, where they remained until he was 12 years old, when his parents divorced. He returned to Houston with his mother and sisters while his father remained in Lebanon. Al-Bizri's mother reported that Al-Bizri's father was very controlling of her and extremely jealous of any relationships she had, even with members of her own family. She revealed that his father shot at her twice with a rifle in an attempt to scare her. After that, she returned with her children to the United States.

Hence, Al-Bizri appears to have been estranged from his father for an extended period of time, although when his PSR was prepared in 2015, he stated that he maintained a close relationship with both of his parents and spoke with them often. Yet, Al-Bizri reportedly has not visited his father for almost two decades. He did not mention a desire to travel to Lebanon to visit his father when he sought to travel to Spain previously for his sister's wedding in 2024. Al-Bizri's term of supervised release will expire in March 2027, about 18 months from now. Given the ready availability of a variety of technology, he should be able to visit with his father regularly via telephone, computer, video call, or "Apps" such as Google Duo, Whats App, and Discord until then. Moreover, if Al-Bizri were to travel to Lebanon at this time, the unrest in the Middle East could make such a trip dangerous. The United States Department of State issued a Level 4 Travel Advisory on July 3, 2025, advising that United States citizens "Do Not Travel to Lebanon due to crime, terrorism, civil unrest, kidnapping, unexploded landmines, and the risk of armed conflict." With regard to Saida, Lebanon, where his father resides, the United States Embassy

5

"urges citizens to avoid all parts of southern Lebanon, including the city itself, and to depart if they are there." In addition, it would be extremely difficult for the court to monitor Al-Bizri's whereabouts and activities while he was in Lebanon or engaged in international travel.

In its response, the Government expressed a concern about Al-Bizri's request to travel in view of his significant criminal history. Al-Bizri's offense of conviction in the Eastern District of Texas, which involved attempting to use a civilian to bring heroin into the FCC, was committed while he was serving a 120-month term of imprisonment for his firearms conviction in the Northern District of Texas. In addition to his federal firearms and drug offenses, Al-Bizri's criminal history, which began at age 15, includes prior convictions for unlawful possession of a dangerous drug, possession of marijuana (2x), possession of alprazolam, and aggravated assault causing serious bodily injury. His criminal history reflects a prior violation of community supervision for new criminal conduct, leading to the revocation of his probation in 2006. Moreover, he received disciplinary sanctions while incarcerated for being absent from assignment (a moderate severity violation) and possessing alcohol/drugs (a high severity violation). Another concern is Al-Bizri's long history of poly-substance abuse which, according to his PSR, started at age 13 and includes the daily use of marijuana, Xanax, Ecstasy, methamphetamine "ice," cocaine, and heroin. Al-Bizri currently has a Post-Conviction Risk Assessment ("PCRA") score of Moderate Risk/Violence Category 2.

A review of Al-Bizri's PSR reveals that he has extensive ties to foreign countries, thus posing a risk of flight in the context of international travel. Al-Bizri advised Probation that his parents were divorced. At the time the PSR was prepared, his father, a citizen of Lebanon, continued to reside in Lebanon, and his mother, a citizen of Saudi Arabia, divided her time

between Houston and Saudi Arabia. Al-Bizri himself resided in Lebanon for ten years from ages 2 to 12. He has a half-sister who, when the report was prepared, resided in Kuwait; in addition, he has a half-brother and two half-sisters who resided in Lebanon. His sister Tanya, who was married in Spain, is an airline pilot who presumably has ready access to airline flights for family members. Furthermore, according to the PSR, Al-Bizri is known to have used at least eight different aliases.

Under the circumstances, the court finds that permitting Al-Bizri to travel to Lebanon at this time while serving his 3-year term of supervised release would not be in the interest of justice.

III.   Conclusion

In accordance with the foregoing, Al-Bizri's *pro se* Motion for Permission to Travel Outside the United States (#170) is DENIED.

SIGNED at Beaumont, Texas, this 8th day of October, 2025.

                                              MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE